IN THE UNITED STATES FEDERAL COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RERNARD GREENLAW, TANAYA GREENLAW, a minor by her father RERNARD GREENLAW and TEVIN GREENLAW, a minor by her father RERNARD GREENLAW, <br><br> Plaintiff, <br><br> Vs. <br><br> THE CITY OF CHICAGO, a Municipal Corporation, JODY WEIS, Superintendent of THE CHICAGO POLICE DEPARTMENT, PATRICK FAHEY, Star No. 9544, CRAIG BROWNFIELD, Star No. 15752 and SHANE JONES, Star No. 3695, <br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT AT LAW

**NOW COMES** the Plaintiff, RERNARD GREENLAW, by his attorneys SKALETSKY & ASSOCIATES, LTD. and for his Complaint at Law against the Defendants, alleges as follows:

### JURISDICTION

1. Jurisdiction is conferred on this court pursuant to The United States Constitution, Amendments IV and XIV, and 42 U.S.C. § 1983

2. Section 1983 of 42 U.S.C., which states as follows:

    Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

### PARTIES

3. The Plaintiff RERNARD GREENLAW is an adult and is a resident of the City of Chicago, County of Cook and State of Illinois.

4. Defendant THE CITY OF CHICAGO is a Municipal Corporation that is organized, existing and doing business under the laws of the State of Illinois and at all times relevant hereto, provided police services in the City of Chicago through the Chicago Police Department.

5. At all times relevant hereto, including on and prior to June 22, 2008 the Defendant THE CITY OF CHICAGO employed a force of police officers who serve through the Chicago Police Department and who were assigned to work within the various geographical districts and areas within the City of Chicago.

6. Defendant PATRICK FAHEY, Star No. 9544, is and was at all times relevant hereto a citizen of the United States and a resident of Cook County, Illinois and was a sworn police officer employed by the Defendant THE CITY OF CHICAGO and at all times relevant here was acting within the scope of his agency, service and/or employment with THE CITY OF CHICAGO.

7. Defendant CRAIG BROWNFIELD, Star No. 15752, is and was at all times relevant hereto a citizen of the United States and a resident of Cook County, Illinois and was a sworn police officer employed by the Defendant THE CITY OF CHICAGO and at all times relevant here was acting within the scope of his agency, service and/or employment with THE CITY OF CHICAGO.

8. Defendant SHANE JONES, Star No. 3695, is and was at all times relevant hereto a citizen of the United States and a resident of Cook County, Illinois and was a sworn police officer employed by the Defendant THE CITY OF CHICAGO and at all

times relevant here was acting within the scope of his agency, service and/or employment with THE CITY OF CHICAGO.

## THE OCCURRENCE

9. On or about June 22, 2008 the Plaintiff was standing in front of his house that was located at 2337 E. 85th Street in the City of Chicago, County of Cook and State of Illinois.

10. The Plaintiff left the front of his house and went to the second story.

11. The Plaintiff returned to the front of his house when he heard gunfire

12. Upon returning, he saw his cousin, SHAPELL TERRELL, lying dead in the hallway.

13. Upon returning, Defendants FAHEY, BROWNFIELD and JONES drew and pointed their weapons on the Plaintiff as well as on his two children, TANAYA, 12 years of age and TEVIN, 2 years of age.

14. At that time, they ordered the Plaintiff to get on the ground.

15. Thereafter, they dragged him outside, whereupon FAHEY, BROWNFIELD and JONES stomped and kicked the Plaintiff and pushed his face into the ground.

16. The Defendants FAHEY, BROWNFIELD and JONES then put the Plaintiff into a police car and took him to the Area 2 Chicago Police Station.

17. Notwithstanding the foregoing, the Defendants FAHEY, BROWNFIELD and JONES told the Plaintiff's family that they did not have the Plaintiff in their custody.

18. Upon reaching the Area 2 Station, the Defendants FAHEY, BROWNFIELD and JONES chained the Plaintiff to a wall in a second room.

19. Thereafter, the Plaintiff was led into a third room that contained 20 people, who asked the Plaintiff what had happened at the scene.

20. After telling the gathering what had happened, the Plaintiff's things, but not his Illinois state identification card, were thrown on the table and he was taken home.

21. The Plaintiff's minor children suffered injury from the occurrence in that they were shocked and emotionally scarred from having a gun pointed at them, and as such, they have been having problems at their school.

22. The subject events occurred at JODY WEIS's direction or with his knowledge or consent.

23. As such, Defendants' FAHEY, BROWNFIELD and JONES's acts amounted to either an official policy or, in the alternative, a widespread custom or practice that was so permanent and well-settled as to constitute a custom or usage with the force of law.

24. The constitutional injury was caused by a person, in this case JODY WEIS, who had final policy-making authority.

## CAUSES OF ACTION

25. The Plaintiff files this suit for actions that were taken under color of state law that proximately caused the deprivation of the Plaintiff's civil rights guaranteed by 42 USC Section 1983, to wit: the wrongful arrest, false imprisonment and false accusation of the Plaintiff.

26. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

a. monetary damages for the deprivation of the Plaintiff's constitutional rights;

b. monetary damages for the deprivation of the minor Plaintiff's constitutional rights;

c. monetary damages for the deprivation of civil rights;

    d.    punitive damages.

                                          S/Scott Skaletsky
                                          Scott Skaletsky

Scott Skaletsky
SKALETSKY & ASSOCIATES, LTD.
180 N. Wacker Drive
Suite 203
Chicago, IL 60606
(312) 704-4242